UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

DEVERA THOMPSON,

    Plaintiff,

-vs-

CASE NO.: 8:16-CV-02811-SDM-AEP

SMARTPAY LEASING, INC.,

    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DeVera Thompson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: Dave Owens, 550 Kearny Street, Suite 320 San Francisco CA 94108 email on this 8th day of June, 2017.

        */s/ Amy Ferrera*
        Amy Ferrera, Esquire
        Morgan & Morgan, Tampa, P.A.
        One Tampa City Center
        201 N. Franklin Street, 7th Floor
        Tampa, FL 33602
        Tele: (813) 223-5505
        Fax: (813) 223-5402
        afloyd@forthepeople.com
        Florida Bar #: 15313
        amferrera@forthepeople.com
        afloyd@forthepeople.com
        Attorney for Plaintiff